IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CR. No. 04-100ML |
| | : |
| | : Violation of 21 U.S.C. § 851 |
| v. | : |
| | : |
| | : |
| JOEL FRANCISCO | : |

### INFORMATION CHARGING PRIOR OFFENSE

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the defendant, JOEL FRANCISCO, who was charged by the United States Grand Jury in the District of Rhode Island on the 3rd day of November, 2004 in Count One of an indictment with possession with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1)&(b)(1)(B), and in Count Two with possession with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1)&(b)(1)(A), of having been previously convicted of two felony drug offenses as described below:

1. On or about February 4, 1998, JOEL FRANCISCO, was convicted in Providence County (Rhode Island) Superior Court (case number P2-1997-2714A) of one count of possession of cocaine, a felony drug offense under state law, and was sentenced

to a term of three years to serve in prison (see attached certified copy of the judgment of conviction); and,

2. On or about February 13, 1998, JOEL FRANCISCO, was convicted in Providence County (Rhode Island) Superior Court (case number P2-1998-0402A) of one count of possession of a controlled substance, a felony drug offense under state law, and was sentenced to a term of three years, with one year to serve in prison and two years suspended/probation (see attached certified copy of the judgment of conviction).

WHEREFORE, the United States of America gives notice under 21 U.S.C. § 851 that defendant JOEL FRANCISCO, has two previous convictions for a felony drug offenses and therefore is subject to a fine of not more than four million dollars and a term of imprisonment of not less than ten years and not more than life imprisonment on Count One and a mandatory term of life without release and a fine of not more than eight million dollars on Count Two.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

## Certificate of Service

I hereby certify that on the 18th day of April, 2005, a copy of the within "Information Charging Prior Conviction" was mailed, postage prepaid, to Damon D'Ambrosio, Esquire, 1845 Smith Street, North Providence, Rhode Island 02911.

_____

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, Sc.                                              SUPERIOR COURT

State of Rhode Island

      vs.                                              CASE NO. P2972714A

JOEL        FRANCISCO


JUDGMENT OF CONVICTION
AND COMMITMENT

On this date, 02-04-98 came the attorney for the State, LYNCH          and the defendant who appeared in person and by counsel, namely DAVID A    COOPER           before Judge CRESTO.

IT IS ADJUDGED that the defendant upon a PLEA of NOLO CONTENDERE of the offense(s) of:

COUNT 001    POSS COCAINE

TERM TO SERVE       3 Year(s)

INDEMNITY FUND
Amount        $90.00

PROBATION FUND
Amount        $180.00

DRUG EDUCATION FUND
Amount        $400.00
Note: RETRO TO TIME OF ARREST- DEFENDANT TO SERVE NO
      MORE THAN 3 YEARS

as charged in the INFORMATION        and the COURT having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the COURT,

IT IS ADJUDGED that the defendant IS GUILTY as charged and convicted.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment to the Proper Authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY
ATTEST _____        _____    02-04-98
               CLERK                    JUSTICE, SUPERIOR COURT    DATE PW

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER
I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center

_____  4.15.05
Signature                Date

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, Sc.                                               SUPERIOR COURT

State of Rhode Island

      vs.                                              CASE NO. P2980402A

JOEL       FRANCISCO

## JUDGMENT OF CONVICTION
## AND COMMITMENT

On this date, 02-13-98 came the attorney for the State, PAGE               and the defendant who appeared in person and by counsel, namely DAVID A    COOPER             before Judge MCATEE

IT IS ADJUDGED that the defendant upon a PLEA of NOLO CONTENDERE of the offense(s) of:

COUNT 001    POSS SCH I/II/III/IV/V CNTRL SUBS

| | | |
|---|---|---|
| FULL SENTENCE | 3 Year(s) | |
| TERM TO SERVE | 1 Year(s) | Effective Date 11-20-97 |
| SUSPENDED | 2 Year(s) | |
| PROBATION | 2 Year(s) | TO COMENC ON RELEASE |
| DRUG EDUCATION FUND Amount $400.00 | | TO COMENC ON RELEASE |
| INDEMNITY FUND Amount $180.00 | | TO COMENC ON RELEASE |
| PROBATION FUND Amount $300.00 | | TO COMENC ON RELEASE |

as charged in the INFORMATION        and the COURT having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the COURT,

IT IS ADJUDGED that the defendant IS GUILTY as charged and convicted.

IT IS ORDERED that the Clerk deliver a certified copy of this

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, Sc.                                                    SUPERIOR COURT

State of Rhode Island

vs.                                                                CASE NO. P2980403A

JOEL     FRANCISCO

judgment to the Proper Authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY
ATTEST _____    _____    02-13-98
              CLERK                JUSTICE, SUPERIOR COURT      DATE DAT
                                   WILLIAM J. McATEE

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER

I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center

_____   4·15·05
Signature               Date