UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.                                                Cr. No. 04-100ML

JOEL FRANCISCO

## VERDICT FORM

1. As to Count One of the indictment (possession with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine), we, the jury, find the defendant, Joel Francisco:

    NOT GUILTY \_\_\_\_   GUILTY  √

    *Please proceed to question 2.*

2. As to Count Two of the indictment (possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base), we, the jury, find the defendant, Joel Francisco:

    NOT GUILTY \_\_\_\_   GUILTY  √

    *Please sign and date this form and return your verdict.*

_____          _____
Donna Danielian                                              4/27/05
Signature of Foreperson                                    Date