UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR. NO.: 04-100 ML |
| | : | |
| JOEL FRANCISCO | : | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE**

NOW COMES the defendant, Joel Francisco, by and through counsel, and herewith moves this Honorable Court to continue sentencing herein for a period of two (2) weeks to September 2, 2005 or as soon thereafter as this court deems appropriate and meet.

As grounds therefor the defendant states that a hearing on the defendant's Applications for Post-Conviction Relief, in Providence County Superior Court have been assigned and scheduled for hearing on the 29th day of August, 2005. The convictions which the defendant seeks to vacate, by means of those applications, to wit P.M. Number 05-2639 and P.M. Number 05-2640 are predicate offenses used to enhance sentencing herein. Accordingly, the interest of justice would mandate a rescheduling of sentencing herein.

WHEREFORE the defendant, prays this Motion be granted by its terms.

Granted. Mary M. Lisi USDJ 8/12/05

# CERTIFICATION

I hereby certify I served a true and correct copy of the within Motion to Continue Trial Date upon Mary E. Rogers, Esquire (AUSA) and Stephen Dambruch, Esquire (AUSA), both of the Office of the United States Attorney, 50 Fleet Center, 8th Floor, Providence, RI 02903. By regular mail, postage prepaid on this the 11th day of August, 2005.



Francisco.Mot.Cont.Sent.Date.doc