UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**DATE: August 19, 2005**

**CASE NUMBER and TITLE:**
**CR 04-100ML USA v. Joel Francisco**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**
**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER: N/A**
**U.S. PROBATION: Barry Weiner**

IN COURT

**COUNSEL PRESENT: AUSAs Mary E. Rogers, Stephen G. Dambruch (govt)**
**Damon D'Ambrosio (for deft)**

**PROCEEDINGS: Sentencing Hearing**

**Court addresses the deft's objections to the PSR. Evidentiary hearing held. W-1 (R. Enright) is sworn. DX (AUSA Rogers) & CX (D'Ambrosio) of W-1; RDX by AUSA Rogers. One exhibit is admitted "full". After argument by AUSA Rogers & Mr. D'Ambrosio, the Court overrules the deft's objections to the PSR.**

**Counsel make their sentencing recommendations. Deft waives his right of allocution. Court imposes sentence as to Counts I and II of the Indictment: 180 mos' imprisonment as to Count I (w. subsequent term of 8 yrs' supervised release as to Count I) & a mandatory term of life imprisonment as to Count II (concurrent terms of imprisonment). $200 total special assessment; no fine is imposed. Deft is advised of his right of appeal. Deft is remanded.**