UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| vs | : | CR. No. 04-100-ML |
| | : | |
| JOEL FRANCISCO | : | |

**NOTICE OF APPEAL OF THE DEFENDANT, JOEL FRANCISCO**

NOW COME the defendant, JOEL FRANCISCO, and pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, and herewith files and claims an appeal to the United States Court of Appeals for the First Circuit, from the Judgment, Conviction and Sentence imposed in this Honorable Court, per the Honorable Mary Lisi, District Judge, on or about the 19th day of September, 2005.

WHEREFORE, the defendant claims such appeal in accordance with the dictates of law and procedure.

Defendant,
JOEL FRANCISCO,
By his Attorney,

Damon M. D'Ambrosio, Esquire
RI Registration No.: 3581
160 Plainfield Street
Providence, RI 02909
(401) 231-7020

**CERTIFICATION OF SERVICE**

I hereby certify that on this the 20th day of September, 2005, I served a true and correct copy of the within Notice of Appeal, upon Mary E. Rogers, Esquire (AUSA) and Stephen G. Dambruch, Esquire (AUSA), both of the Office of the United States Attorney, 50 Kennedy Plaza, Providence, RI 02903, both by regular mail, postage prepaid.