UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

September 26, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CR 04-100ML

CCA# 05-2457

USA v. Joel Francisco

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

U.S. COURT OF APPEALS
RECEIVED
SEP 29 2005
FOR THE FIRST CIRCUIT

By J. Duhamel
John Duhamel
Deputy Clerk

Encl.: **Case file; PSR [sealed]; J&C's Statement of Reasons [sealed]**
**Certified docket**