UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 13, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CR 04-100ML **CCA# 05-2457**

USA v. Joel Francisco

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket entries .

✓Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

Encl.: **Original Transcripts:**
**Doc. Nos.:**
**48: 3/30/05 hearing on pretrial motions**
**49: 4/12/05 decisions on pretrial motions**
**50: 4/25, 4/26, 4/27/05 jury trial – (3 volumes)**
**51: 9/19/05 sentencing hearing**

**Certified docket**