UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

February 17, 2006

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: CR 04-100ML **CCA# 05-2457**
USA v. Joel Francisco

Dear Clerk of Court:

Enclosed herewith you will find the Supplemental Record on Appeal, together with a certified copy of the district court's docket entries.

Kindly return the enclosed copy of this letter as acknowledgment of receipt.

Sincerely yours,
David A. DiMarzio
Clerk of Court

BY: [signature]
John Duhamel - Deputy Clerk
(401) 752-7205
**E-mail: John_Duhamel@rid.uscourts.gov**

encl: Certified Docket
**Appeal Filing Fee - Receipt# 62538**