# United States Court of Appeals
## For the First Circuit

No. 05-2457

UNITED STATES OF AMERICA,

Appellee,

v.

JOEL FRANCISCO,

Defendant, Appellant.

**JUDGMENT**

Entered: October 2, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of conviction and sentence of the district court are affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: OCT 23 2006

By the Court:

Richard Cushing Donovan, Clerk

[cc: Ms. Rogers, Mr. Dambruch, Mr. Lockhart, Mr. D'Ambrosio, Ms. Homan, & Mr. Romano.]