UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 04-100ML

JOEL FRANCISCO

Exhibits Receipt

Government's Exhibits re:

Jury Trial of April 25, 26, 27, 2005
(See attached exhibits list)
(Note: exhibits 47, 48, 49, & 50 have been in government's custody as of 4/27/2005)

Sentencing Hearing (evidentiary) of September 19, 2005
Exhibit 1

Suppression Hearing of March 30, 2005
Exhibits 11 & 12
(Note: Exhibits 1 through 10 were filed under seal and remain in court vault as of 3/30/05)

Deputy Clerk

Exhibits Received by: ____________

Date: ~~October~~ Nov. 15, 2006

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States v. Joel Francisco

CASE NUMBER: CR 04-100ML

| PRESIDING JUDGE | GOVT.'S PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Mary Rogers; Stephen Dambruch | Damon DiAmbrosio |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/25/05 - 4/ /05 Jury Trial | Karen Zinni | John Duhamel |

| | GOVT. PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS, AND WITNESSES |
|---|---|---|---|---|---|---|
| | → | | → | → | ✓ 4.26.05 | Robert Enright |
| | 49 | | 4.25.05 | ✓ | ✓ 4.26 | Cocaine |
| | 47 | | " | ✓ | ✓ 4.26.05 | Cocaine ~~base~~ |
| | 20 | | " | ✓ | ✓ | photo of shoe box |
| | 45 | | " | ✓ | ✓ | shoe box |
| | 21 | | " | ✓ | ✓ | photo of opened shoe box |
| | 22 | | " | ✓ | ✓ | photo - ten bags - shoe box |
| | 23 | | " | ✓ | ✓ | photo of digital scale (Tanita) |
| | 40 | | " | ✓ | ✓ | digital scale - Tanita |
| | 24 | | " | ✓ | ✓ | photo of digital scale (Vector) |
| | 39 | | " | ✓ | ✓ | Vector digital scale |
| | 41 | | " | ✓ | ✓ | 300 gram weight |
| | 34 | | " | ✓ | ✓ | Box - flat sandwich bags |
| | 35 | | " | ✓ | ✓ | Box - flat sandwich bags |
| * | 36 | | " | ✓ | ~~✓~~ | Box containing glassine packets |
| * | 37 | | " | ✓ | ~~✓~~ | Box containing glassine packets |
| | 57 | | " | ✓ | | Bag - containing glassine packet bags |
| | 54 | | " | ✓ | ✓ | photo - 64 Dexter St. |
| | 55 | | " | ✓ | ✓ | photo - photo of park near Dexter St |
| | 51 | | " | ✓ | ✓ | photo - backyard Dexter St |
| | 38 | | " | ✓ | ✓ | Miranda rights form |
| | 5 | | " | ✓ | ✓ | Digital recording - tel call 8.24.04 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

* stricken as "full" on 4.25.05

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States v. Joel Francisco

CASE NUMBER: CR 04-100ML

| ~~PLF.~~ GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 5A | | 4.25.05 | ✓ | | Transcript of 8.24.04 tel. call |
| 10 | | " | ✓ | ✓ | Digital recording - tel. call 9.28.04 |
| 10A | | " | ✓ | | Transcript of 9.28.04 tel. call |
| 11 | | " | ✓ | ✓ | Digital recording - tel. call 10.2.04 |
| 11A | | " | ✓ | | Transcript of 10.2.04 tel. call |
| 12 | | " | ✓ | ✓ | Digital recording - 10.12.04 tel. call |
| 12A | | " | ✓ | | Transcript of 10.12.04 tel. call |
| 18 | | " | ✓ | ✓ | Digital recording - 10-16-04 tel. call |
| 18A | | " | ✓ | | Transcript of 10-16-04 tel. call |
| 25 | | " | ✓ | ✓ | Electric bill dated 6.7.04 |
| 26 | | " | ✓ | ✓ | Electric bill dated 8.24.04 |
| 27 | | " | ✓ | ✓ | Electric Company reminder 9.24.04 |
| 28 | | " | ✓ | ✓ | Gas bill dated 10.12.04 |
| 29 | | " | ✓ | ✓ | Ledger |
| 33 | | " | ✓ | ✓ | Western Union receipt (2 pages) |
| 30 | | " | ✓ | ✓ | Photo - Francisco + others |
| 31 | | " | ✓ | ✓ | Photo - Francisco + others |
| 32 | | " | ✓ | ✓ | Photo - Francisco + others |
| 58 | | " | ✓ | ✓ | Photo - side door - 64 Dexter St. |
| | | → | | | W-2 ANDREW LAWTON |
| 13 | | 4.25.05 | ✓ | ✓ | Digital tel. call 10.14.04 |
| 13A | | " | ✓ | | Transcript of 10-14-04 tel. call |
| 14 | | " | ✓ | ✓ | Digital tel. call 10.14.04 |
| 14A | | " | ✓ | | Transcript of 10.14.04 tel. call |
| 6 | | " | ✓ | ✓ | Map of Dexter St. area |
| 15 | | " | ✓ | ✓ | Digital tel. call - 10.14.04 |
| 15A | | " | ✓ | | Transcript of 10.14.04 tel. call |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States V. Joel Francisco

CASE NUMBER: CR 04-100ML

| ~~PLF.~~ GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 16 | | 4.25.05 | ✓ | | Digital tel. call 10.14.04 |
| 16A | | " | ✓ | | Transcript of 10.14.04 tel call |
| 52 | | " | ✓ | ✓ | photo - Dexter Street |
| → | | | | | W-3 Robert LaFond |
| 46 | | 4.25.05 | ✓ | | DEA transmittal slip / lab report |
| 46A | | " | ✓ | ✓ | top portion only of EXH 46 |
| 59 | | " | ✓ | ✓ | return receipt from northeast lab |
| 50 | | " | ✓ | ✓ 4.27.05 | bags that cocaine was wrapped in |
| 48 | | " | ✓ | 4.27.05 | bags that cocaine base was wrapped in |
| | | | | | |
| 4.26.05 → | | | | | W-4 Thomas Stuart |
| 42 | | 4.26.05 | ✓ | ✓ | Lease (4 pages) |
| → | | | | | W-5 KARL JACOBSON |
| 1 | | 4.26.05 | ✓ | ✓ | Digital tel call 8.19.04 |
| 1A | | " | ✓ | | Transcript of 8.19.04 tel call |
| 2 | | " | ✓ | ✓ | Digital tel call 8.19.04 |
| 2A | | " | ✓ | | Transcript of 8.19.04 tel call |
| 3 | | " | ✓ | ✓ | Digital tel call 8.19.04 |
| 3A | | " | ✓ | | Transcript of 8.19.04 tel call |
| 4 | | " | ✓ | ✓ | Digital tel call 8.19.04 |
| 4A | | " | ✓ | | Transcript of 8.19.04 tel call |
| 9 | | " | ✓ | ✓ | Digital tel call 9.21.04 |
| 9A | | " | ✓ | | Transcript of 9.21.04 tel call |
| | A | " | ✓ | | Affidavit of Karl Jacobson |
| → | | | | | W-6 HENRY REMOLINA |
| → | | | | | W-7 JOSEPH COLANDUONO |
| 43 | | 4.26.05 | ✓ | ✓ | Cellular phone with holster |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States V. Joel Francisco

CASE NUMBER: CR 04-100ML

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4.26.05 | | | W-8 BRIAN HALL |
| | | | | | W-9 THOMAS VERDI |
| | | 4.27.05 | | | W-10 RONALD ALONGIS |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 04-100ML

JOEL FRANCISCO

Exhibits Receipt

Govt's Exhibits:

47 (sealed bag of cocaine base)
49 (sealed bag of cocaine)
48 (sealed bag: cocaine base packaging)
50 (sealed bag: cocaine packaging)

Deputy Clerk 4.27.05

Received by: Robert M Curt

Date: 4/27/05