UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOEL FRANCISCO,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Criminal No. 04-100ML

Civil No. CR 04-100ML
(to be supplied by Clerk)

## MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO 18 U.S.C. § 3006A(g)

The petitioner, Joel Francisco, pro se, respectfully moves this Court pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(g), for the appointment of counsel with respect to the motion under 28 U.S.C. § 2255, herewith submitted. The basis of the instant motion is set forth below:

1. The petitioner was sentenced in this Court on September 19, 2005 to a term of life imprisonment.

2. The § 2255 motion herewith submitted raises bona-fide claims of ineffective assistance of counsel.

3. The petitioner believes that the appointment of counsel is necessary to insure that the claims reflected in the § 2255 motion are adequately presented to this Court.

4. The petitioner is indigent and unable to retain counsel.

5. Given the severity of the petitioner's sentence, the interests of justice would be best served by the appointment of counsel. See Reynolds v. Foree, 771 F2d. 1179, 1181 (8th Cir. 1985). (appointment of counsel proper when bona-fide claim is raised)

WHEREFORE, based on the Application to Proceed in Forma Pauperis herewith submitted, the petitioner prays that counsel be appointed with respect to the § 2255 motion herewith submitted, pursuant to § 3006A(g).

Respectfully submitted,

JOEL FRANCISCO
Reg. No. 05523-070
P.O. Box 1000
Lewisburg, PA 17837

Dated: May 21, 2008