UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOEL FRANCISCO,

Petitioner, CASE NO. 04-100ML

v.

UNITED STATES OF AMERICA,

Respondent.

## MOTION TO WITHDRAW APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

The petitioner hereby WITHDRAWS his Application to Proceed Without Prepayment of Fees and Affidavit because there is no filing fee required for a motion under 28 U.S.C. § 2255.

Respectfully submitted,

[signature]

JOEL FRANCISCO, Pro Se
Reg. No. 05523-070
P.O. Box 1000
Lewisburg, PA 17837

Dated: June 20, 2008