IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 04-100ML |
| | : | |
| JOEL FRANCISCO | : | |

**GOVERNMENT'S SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO VACATE**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney and hereby moves that the time for filing a response to Joel Francisco's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 18 U.S.C. § 2255, be enlarged up to and including August 25, 2008.

The government requests this additional period of time in order to complete its response, and, thereby, fully address the issues raised by the defendant in his Motion to Vacate. More specifically, the government requires the input and participation of the lead prosecutor on the case, who has been and is currently out of the office on extended leave and is court excused until July 30, 2008, in order to finalize its response to the defendant's filing. Furthermore, the defendant should not be prejudiced by the delay that would result from the granting of the government's request for a second extension.

The United States therefore requests an additional thirty (30) day enlargement up to and including August 25, 2008.

Respectfully submitted,

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ STEPHEN G. DAMBRUCH
Stephen G. Dambruch
Assistant U.S. Attorney
RI Bar #3309
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5002 (fax)
stephen.dambruch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2008, I caused a copy of the within Government's Motion for Enlargement of Time to be mailed, postage prepaid, to Joel Francisco, Prisoner No. 05523-070, USP Lewisburg, U.S. Penitentiary, P.O. Box 1000, Lewisburg, PA 17837.

/s/ STEPHEN G. DAMBRUCH
Stephen G. Dambruch
Assistant U.S. Attorney
RI Bar #3309
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5002 (fax)
stephen.dambruch@usdoj.gov